# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CALVIN EVERETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-716

————————————————

September 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Calvin Everett, pro se.


PER CURIAM.

     Affirmed.

SLEET, C.J., and LUCAS and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.